# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTHONY W HIGGS

      Plaintiff

   v.
                                                                    Civil Action No. 2:21-cv-164

MICHAEL REPAY, *individually and in his official capacity as Lake County Commissioner*

KYLE W ALLEN, SR, *individually and in his official capacity as Lake County Commissioner*

JERRY TIPPY, *individually and in his official capacity as Lake County Commissioner*

LAWRENCE D CLARK, *individually*

LAKE COUNTY INDIANA

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: The federal claims (Counts 1-III) against Repay, Allen, Sr., Tippy, and Lake County are DISMISSED WITH PREJUDICE. Higgs' claim for defamation under Indiana state law (Count IV) is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P Simon on Motion for Summary Judgment by Defendants.

DATE: 2/15/2024                  CHANDA J. BERTA, CLERK OF COURT

by   s/A. Highlen
*Signature of Clerk or Deputy Clerk*